AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANNIE OAKLEY ENTERPRISES, INC.
and RENEE GABET,
          Plaintiff

v.                                   **Civil Action No. 1:09-CV-72 JVB**

SUNSET TAN CORPORATE &
CONSULTING, LLC., DEVIN HAMAN
and JEFF "BOZZ" BOZIGIAN,
          Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Joseph S. Van Bokkelen  on a Motion to  Dismiss.

DATE:  March 25, 2010           STEPHEN R. LUDWIG, CLERK OF COURT

                                              by  s/C. Reed
                                                  *Signature of Clerk or Deputy Clerk*